UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-102 JRT/LIB |
| v.          Plaintiff, | **DEFENDANT'S MOTION TO SEAL DOCUMENT** |
| James William Smith, | |
| Defendant. | |

The defendant, by and through undersigned counsel, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: April 4, 2014                                    Respectfully submitted,

*s/Douglas Olson*

DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415