# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 12-102 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES WILLIAM SMITH, | |
| Defendant. | |

---

Andrew Dunne, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Douglas Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Defendant's motion to file a document under seal [Docket No. 39]. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's motion to seal document is **GRANTED**.

DATED: April 7, 2014  
at Minneapolis, Minnesota

                                                           s/ John R. Tunheim  
                                                        JOHN R. TUNHEIM  
                                                  United States District Judge